USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __10/5/2022__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IVAR AUS,** *on behalf of himself and all others similarly situated*, | |
| **Plaintiff,** | 19-cv-11812 (ALC) |
| -against- | **ORDER** |
| **BAOZUN INC.,** | |
| **Defendant.** | |

**ANDREW L. CARTER, JR., United States District Judge:**

    The lead case having been voluntarily dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(A) on November 11, 2020, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice pursuant to Rule 41(a)(2).

**SO ORDERED.**

Dated:    October 5, 2022
           New York, New York

                                                    */s/ Andrew L. Carter, Jr.*
                                               **ANDREW L. CARTER, JR.**
                                               **United States District Judge**